478 A.2d 87

Welsh v. Welsh, Appellant.

Argued November 2, 1983. Joseph J. Dixon, for appellant; Bonnie D. Menaker, for appellee.

Before WICKERSHAM, WIEAND and CERCONE, JJ.

Order of the lower court is affirmed.

WIEAND, J., filed a concurring memorandum.